UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:25-cr-00211-JRS-MG |
| | ) | |
| ALEKSEY OLEGOVICH VOLKOV, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTES FOR NOVEMBER 12, 2025**
**HONORABLE KELLIE M. BARR, MAGISTRATE JUDGE**

The Parties appeared for an Initial Appearance on an Indictment originally filed in the Eastern District of Pennsylvania under Cause No. 2:23-cr-366-JHS-1 on August 23, 2023. That action was transferred to this District under Federal Rule of Criminal Procedure 20 on October 30, 2025.

Defendant appeared in person and by retained counsel Vadim Glozman. The Government was represented by Assistant United States Attorney MaryAnn Mindrum. U.S. Probation Office was represented by Officer Richard Martinez. Victoria Welles was administered the interpreter's oath and provided Russian interpreter services for the Defendant.

Charges, rights, and penalties were reviewed and explained. Defendant waived full reading of the Indictment in open court.

Arraignment was held, and Defendant entered a plea of not guilty to the charges set forth in the Indictment.

Parties were ordered to disclose evidence pursuant to Federal Rule of Criminal Procedure 16 on or before November 26, 2025.

Defendant did not request consular notification.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the Court, with both the

prosecutor and defense counsel present, confirmed the Government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

The Government moved for pretrial detention of the Defendant for the reasons set forth in the attached Government Basis for Pretrial Detention Request form. Defendant signed a Waiver of Detention Hearing, which the Court accepted.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Date: 11/13/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system