Case No.: 1:25-cr-211    Defendant's Name: Alekse Volkov    Date: 11/12/25

# GOVERNMENT BASIS FOR DETENTION REQUEST AT INITIAL APPEARANCE ON INDICTMENT, INFORMATION, OR COMPLAINT

I. **Eligibility for Detention Hearing:** This case involves (check all that apply from 18 U.S.C. § 3142):

☐ § 3142(f)(1)(A) – a crime of violence, a violation of section 1591, or an offense listed in section 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed

☐ § 3142(f)(1)(B) – an offense for which the maximum sentence is life imprisonment or death

☐ § 3142(f)(1)(C) – an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or chapter 705 of title 46

☐ § 3142(f)(1)(D) – any felony if such person has been convicted of two or more offenses described in subparagraphs (A) through (C) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (A) through (C) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses

☐ § 3142(f)(1)(E) – any felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous weapon, or involves a failure to register under section 2250 of title 18, United States Code

☒ § 3142(f)(2)(A) – a serious risk that such person will flee

☐ § 3142(f)(2)(B) – a serious risk that such person will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror

---

## DETENTION HEARING

I. **Rebuttable Presumption:** If the case involves a rebuttable presumption of detention, check all that apply:

☐ § 3142(e)(2) – Probable cause to believe the person committed the instant offense within five years of release following conviction for a qualifying offense committed while on pretrial release

☐ § 3142(e)(3)(A) – Probable cause to believe the person committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.), or chapter 705 of title 46

☐ § 3142(e)(3)(B) – Probable cause to believe the person committed an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b

☐ § 3142(e)(3)(C) – Probable cause to believe the person committed an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed

☐ § 3142(e)(3)(D) – Probable cause to believe the person committed an offense under chapter 77 of this title for which a maximum term of imprisonment of 20 years or more is prescribed

☐ § 3142(e)(3)(E) – Probable cause to believe the person committed an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425

II. **Reason(s) Government Requests Detention:** No condition or combination of conditions will reasonably assure (check all that apply):

☐ The person's appearance as required (standard of proof is preponderance of the evidence)

☐ The safety of any other person and the community (standard of proof is clear and convincing evidence)