UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:23-cr-00119-JRS-MG |
| | ) | 1:25-cr-00211-JRS-MG |
| ALEKSEI OLEGOVICH VOLKOV, | ) | |
| | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE OF ASSETS AND PROCEEDS
IN FORM OF MONEY JUDGMENT**

WHEREAS, a Petition to Enter Plea of Guilty and Plea Agreement was filed wherein the Defendant agreed to plead guilty to Counts One-Four of the Indictment for Cause No. 1:23-cr-00119-JRS-MG as well as Counts One and Two for Cause No. 1:25-cr-211-JRS-MG; and

WHEREAS, the Defendant agrees to the forfeiture of the following property:

- ASUS X550L laptop SN: D9N0CV35893493-XO037H
- Apple iPhone 13 Pro cell phone SN: 353639680939640
- Transcend 16GB USB drive SN: 033193

(Collectively, Asset Identification Number: 24-FBI-009657); and

WHEREAS, the Defendant agrees to a money judgment in the amount of $1,552,023.00, which reflects the amount the Defendant gained as a result of the offenses.

The Court hereby finds that, for good cause shown, the United States's motion is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

The Court FINDS that the Subject Property is subject to forfeiture:

a. Pursuant to 18 U.S.C. § 1028(b)(5) or 18 U.S.C. § 1029(c)(1)(C), as any personal property used, or intended to be used, to commit the offenses;

b.  Pursuant to 18 U.S.C. §1030(i) as personal property that was used or intended to be used to commit or to facilitate the commission of such violations; and/or

c.  Pursuant to 18 U.S.C. § 982(a)(1) as property, real or personal, involved in such offenses, and any property traceable to such property

IT IS FURTHER ORDERED that the Defendant's interest in the Subject Property described above is hereby FORFEITED to the United States.

The Attorney General or his designee is hereby authorized, pursuant to 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c), to seize the Subject Property.

The United States is hereby ORDERED pursuant to 21 U.S.C. § 853(n), to publish notice of this Order of Forfeiture and the United States's intent to dispose of the Subject Property in such manner as the Attorney General or his designee may direct, and notice that any person other than the Defendants having or claiming a legal interest in the Subject Property must file a petition with this Court within thirty (30) days of the final publication of notice or of personal receipt of notice, whichever is earlier.

The notice provided by the United States shall state that any petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the Subject Property, as well as any additional facts supporting the petitioner's claim, and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Subject Property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

2

IT IS FURTHER ORDERED that this is a proper certificate under 28 U.S.C. § 2465, that there is reasonable cause for seizure of the Subject Property, and that neither any officer or employee of the United States who seizes the Subject Property nor the prosecutor bringing this action will be liable to suit or judgment on account of this proceeding to forfeit the Subject Property.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

Pursuant to Federal Rule of Criminal Procedure 32.2 (b)(1)(A), the Defendant shall be held liable for a forfeiture money judgment in the amount of $1,552,023.00.   Further, the United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of the Defendant's property up to the $1,552,023.00 order of forfeiture, pursuant to 21 U.S.C. § 853(p). The court retains jurisdiction to enter any order necessary to enforce the forfeiture order as part of the judgment in this case.

SO ORDERED.

Date: 12/19/2025

_____
JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.

3