23119UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cr-00119-JRS-MG |
| | ) | 1:25-cr-00211-JRS-MG |
| ALEKSEI OLEGOVICH VOLKOV, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY FOR MARCH 23, 2026**

On this date, Defendant, Aleksei Olegovich Volkov, appeared in person and by counsel, Vadim Glozman, for a sentencing hearing. The Government appeared by counsel, Matthew Miller and MaryAnn Mindrum, with its investigative agents, Derek Schoon and Jeffrey Miller. Kendra Stakelbeck appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Laurie Morgan.

The Interpreter, Yulia Shevchenko, was sworn. The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, Sentence was imposed as stated on the record, including:

- Special Assessment:  1:23-cr-0119 - $325.00
                               1:25-cr-0211 - $200.00

- Incarceration: 1:23-cr-0119 – Concurrent terms of 58 months on each of Counts 1 and 3, 12 months on Count 2, to run concurrently to Counts 1 and 3, and 23 months on Count 4, to run consecutively to Counts 1-3. 1:25-cr-0211 – concurrent terms of 47 months on each of Counts 1 and 2, concurrent to 1:23-cr-0119, for a total of 81 months. The Court recommends placement at a Federal Medical Center, at the lowest security level deemed appropriate.  The Court further recommends English as a Second Language, a medical evaluation and treatment, and any other programming available.

<u>Supervised Release:</u>  1:23-cr-0119 – 2 years on each of counts 1 and 3 and 1 year on Counts 2 and 4, to run concurrently, for a total of 2 years. 1:25-cr-0211 – 2 years on each of counts 1 and 2, to run concurrently to each other and 1:23-cr-0119 for a total of 2 years.

- <u>Fine:</u> 1:23-cr-0019 - $500.00, interest waived. No fine in 1:25-cr-0211.
- <u>Forfeiture:</u> The Defendant shall forfeit to the United States an ASUS X550L laptop SN: D9N0CV35893493-XO037H; Apple iPhone 13 Pro cell phone SN: 353639680939640; and a Transcend 16GB USB drive SN: 033193 (Collectively, Asset Identification Number: 24-FBI-009657). Additionally, the Court enters a money judgment in the amount of $1,552,023.00.
- <u>Restitution:</u> 1:25-cr-0211 - The defendant shall pay restitution in the amount of $139,917 to Victim 1 (MCS Group); $1,510,594 to Victim 2 (TLC Engineering); $7,221,350.03 to Victim 4 (Flagstar Bank); $129,357.86 to Victim 5 (Shorr/Hachett Paper); $26,062.50 to Victim 6 (Venture Construction); and $139,916.80 to Victim 7 (Cincinnati Bell/AltaFiber) for a total of $9,167,198.19. The defendant shall also pay restitution to Victim 3, if requested.

Payments are to be made directly to the Clerk, U.S. District Court, for proportionate disbursement to the victims. The defendant shall notify the United States Attorney for this district within 30 days of any unchanged mailing or residence address that occurs while any portion of the restitution remains unpaid. Any unpaid restitution balance shall be paid during the term of supervision (if imposed) at a rate of not less than 10% of the defendant's gross monthly income. The Court finds that the defendant does not have the ability to pay interest and waives the interest requirement.

By reference to the PSR, and after the Defendant waived formal reading, the Court advised the Defendant that while he is on supervised release, he is to comply with the following conditions:

- You shall not commit another federal, state or local crime.
- You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on

- supervision and at least two periodic tests thereafter as directed by the probation officer.
- If the judgment imposes a fine, you shall pay in accordance with the Schedule of Payments ordered by the Court (if applicable).
- You shall cooperate with the collection of DNA as directed by the probation officer.
- You shall surrender as directed to the U.S. Immigration and Customs Enforcement. If you are released from the custody of the U.S. immigration and Customs Enforcement for any reason, you shall report to the nearest U.S. Probation Office within 72 hours of your release.
- If released from confinement, not deported or removed, or you re-enter the United States, you shall report to the nearest probation office within 72 hours.
- You shall obtain the proper documentation from U.S. Immigration and Customs Enforcement authorizing you to work in the United States.

The Defendant shall pay to the United States a special assessment of $525.00.

Payment of the special assessment and fine shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was remanded to the custody of the United States Marshals.

The proceedings were adjourned.

Date: 3/23/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.