UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 1:25-cr-00211-JRS-MG |
| | ) | |
| ALEKSEY OLEGOVICH VOLKOV, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF NON-REDACTION OF TRANSCRIPT**

Comes now the United States of America, by counsel, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and MaryAnn T. Mindrum, Assistant United States Attorney, and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, hereby notifies the Court that it has reviewed the transcript of the Change of Plea and Sentencing Hearing held on March 23, 2026 (Docket No. 35).

The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

THOMAS E. WHEELER II
United States Attorney


By:    /s/ MaryAnn T. Mindrum
      MaryAnn T. Mindrum
      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the appropriate parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ MaryAnn T. Mindrum

MaryAnn T. Mindrum
Assistant United States Attorney
United States Attorney's Office
135 N Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204
Telephone: (317) 226-6333
Email:  MaryAnn.Mindrum@usdoj.gov