**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

UNITED STATES OF AMERICA,

        *Plaintiff*,

    vs.

Aleksei Olegovich Volkov
a/k/a: Aleksey Olegovich Volkov
a/k/a: Alekseq Olegov13 Volkov

        *Defendant*.

Case No.:  0756 1:23CR00119-001
              0756 1:25CR00211-001

**NOTICE OF NON-REDACTION OF TRANSCRIPT**

        Comes now Defendant Aleksei Olegovich Volkov, by counsel, Arkady Bukh, and

pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of

Indiana Rule 80-2, hereby notifies the Court that he has reviewed the transcript of the Change of

Plea and Sentencing Hearing held on March 23, 2026 (Docket No. 56). Defendant hereby

notifies this Court that there are no personal identifiers that should be redacted prior to the

electronic filing of the official transcript.

Dated: May 6, 2026

        s/ Arkady Bukh

        _____

        Arkady Bukh
        1123 Avenue Z
        Brooklyn, NY 11235
        (718) 376-4766
        honorable@usa.com

        Vadim A. Glozman
        53 W. Jackson Blvd., Suite 1150
        Chicago, IL 60604
        (312) 726-9015
        vg@glozmanlaw.co

        Attorneys for Defendant Aleksei Olegovich Volkov